JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN BURGOS, BRIAN DANIELS, and JOSE TEJADA, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>　　　　Defendant. | Case No.  2:23-cv-02128-AB-SK<br><br>Assigned to Hon. Andre Birotte, Jr.<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE CASES AND FOR APPOINTMENT OF INTERIM CLASS COUNSEL**<br><br>***SEE CHANGES.*** |
| DANIEL MURILLO, individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN HONDA MOTOR COMPANY, INC., a California corporation; and HONDA MOTOR COMPANY, LTD., a Japanese corporation,<br><br>　　　　Defendants. | Case No. 5:23-cv-00593-AB-SK |

| | |
|---|---|
| OMAR GONZALEZ and JOHNATHAN NESBITT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR COMPANY, a California corporation,<br><br>Defendant. | Case No. 2:23-cv-03082-AB-SK |

The Court has considered the Motion to Consolidate Cases and for Appointment of Interim Class Counsel ("Motion," Dkt. No. 15) filed in *Jordan Burgos et al v. American Honda Motor Company, Inc.* (2:23-cv-02128-AB-SK), by Plaintiffs in the above-captioned *Burgos v. American Honda Motor Company* (Case No. 2:23-cv-02128-AB-SK), *Murillo v. American Honda Motor Company* (Case No. 5:23-cv-00593-AB-SK), and *Gonzalez v. American Honda Motor Company* (Case No. 2:23-cv-03082-AB-SK) matters. Defendant American Honda Motor Company filed a Statement of Non-Opposition. (Dkt. No. 17.) The Motion is **GRANTED**.

The Court **ORDERS** as follows:

1. The *Burgos v. American Honda Motor Company* (Case No. 2:23-cv-02128-AB-SK), *Murillo v. American Honda Motor Company* (Case No. 5:23-cv-00593-AB-SK), and *Gonzalez v. American Honda Motor Company* (Case No. 2:23-cv-03082-AB-SK) actions currently pending before this Court shall be consolidated for all purposes pursuant to Fed. R. Civ. P. 42(a) before the Honorable Andre Birotte Jr. (hereafter the "Consolidated Action").

2. *Burgos v. American Honda Motor Company* (Case No. 2:23-cv-02128-AB-SK) is hereby designated as the lead case. All papers filed in the Consolidated Action shall be filed in *Burgos*.

3. In light of the consolidation, *Murillo v. American Honda Motor Company* (Case No. 5:23-cv-00593-AB-SK) and *Gonzalez v. American Honda Motor Company* (Case No. 2:23-cv-03082-AB-SK) are ordered **CLOSED**, and any schedules, deadlines, or dates set therein are **VACATED**.

4. Plaintiffs in the Consolidated Action shall file a Consolidated Class Action Complaint within twenty-eight (28) days of this Order. All causes of action shall be set forth in a numbered list on the face-page of the Consolidated Class Action Complaint.

5. Defendant shall file any response to the Consolidated Class Action Complaint within twenty-eight (28) days of the filing of the Consolidated Class Action Complaint.

6. Pursuant to Fed. R. Civ. P. 23(g), the Court hereby **APPOINTS** Hagens Berman Sobol Shapiro LLP, Greenstone Law APC, Glancy Prongay & Murray LLP, and Casey Gerry Schenk Francavilla Blatt & Penfield, LLP as Interim Co-lead Class Counsel to act on behalf of the Plaintiffs and the putative Class.

The July 14, 2023 hearing is **VACATED**. *See* Fed. R. Civ. P. 78, C.D. Cal. L.R. 7-15.

**SO ORDERED.**

Dated: July 12, 2023

HONORABLE ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE